```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WOORI BANK,

                         Plaintiff,                    12 **CIVIL** 3868 (KBF)

            -against-                      **JUDGMENT**

CITIGROUP GLOBAL MARKETS, INC.,
                      Defendant.
-----------------------------------------------------------X

      Pending before this Court is defendant's motion to dismiss the amended complaint, primarily on the grounds that (1) plaintiff's cause of action are barred by the applicable statue of limitations and (2) plaintiff cannot plausibly allege justifiable reliance, a required element of fraud claims under New York Law, and the matter having come before the Honorable Katherine B. Forrest, United States District Judge, and the Court, on August 5, 2014, having rendered its Opinion and Order granting defendant's motion to dismiss the complaint on the basis that its claims are time barred, accordingly, the Court need not and does not reach the other basis asserted for dismissal, and directing the Clerk of Court to terminate this action, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 5, 2014, defendant's motion to dismiss the complaint is granted on the basis that its claims are time barred; accordingly, the case is closed.

**Dated:**  New York, New York
           August 6, 2014

                                                        **RUBY J. KRAJICK**
                                                           Clerk of Court
                                        BY:
                                                           Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 8/6/2014