```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 20, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
WOORI BANK,                                                        :
:
                              Plaintiff,         :      12-cv-3868 (KBF)
:
            -v-                                  :      ORDER
:
CITIGROUP, INC. et al.,                                            :
:
                              Defendants.        :
:
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

　　　　The Court will hold a status conference in this action on **Thursday, May 28, 2015, at 12 p.m.**  The Court will set a schedule at that conference.  Not later than **Tuesday, May 26, 2015**, the parties shall submit a proposed schedule in accordance with the form available at http://www.nysd.uscourts.gov/judge/Forrest.

　　　　SO ORDERED.

Dated:　　　New York, New York
　　　　　　May 20, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KATHERINE B. FORREST
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge