```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WOORI BANK,

                Plaintiff,                12-cv-3868 (KBF)

                  -v-                      ORDER

CITIGROUP, INC. et al.,

                Defendants.

------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

    On Thursday, March 24, 2016, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, April 25, 2016**.

    All other dates and deadlines in this matter are ADJOURNED.

    The Clerk of Court is directed to terminate this action.

    SO ORDERED.

Dated:    New York, New York
            March 25, 2016

                                              _____
                                              KATHERINE B. FORREST
                                              United States District Judge